IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANNA CRONIN
   Plaintiff

vs.               Civil Action No.: JFM-01-2169

WILLIAM HENDERSON
   Defendant

\*\*\*\*\*\*\*\*

## ORDER

The court file reflecting that no paper has been filed for more than nine months, it is, this 4th day of February 2002

ORDERED that the parties show good cause within 14 days of the date of this Order why the case should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) and Local Rule 103.8.b.

               _____
               J. Frederick Motz
               United States District Judge

U.S. District Court (Rev. 1/2000)