.N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANNA CRONIN

    Plaintiff(s)         *

                              *

    vs.                             Civil Action No.: JFM-01-2169

                              *

WILLIAM HENDERSON

    Defendant(s)      *

                           ******

## ORDER

Plaintiff(s) having failed to show good cause as to why service of the summons and complaint has not been made upon defendant(s) within 120 days of the filing of the complaint as required by the prior order of this court, it is, this 28th day of February, 2002

ORDERED that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

J. Frederick Motz
United States District Judge