IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANNA CRONIN | * |
| PLAINTIFF | * |
| v. | Civil Action No. JFM-01-2169 |
| WILLIAM HENDERSON | * |
| DEFENDANT | * |

### ORDER

Having read and considered the foregoing Motion to Enter Appearance and the Exhibit contained therein, it is hereby on this _14th_ day of May, 2002

ORDERED, that the appearance of W. Bradley Bauhof, Esquire is stricken from the record in the above-referenced case and it is further

ORDERED, that the appearance of Toby N. Byrd, Esquire and Patricia Cleary Ries, Esquire be entered as counsel of record in the above-referenced case.

JUDGE, United States District Court
for the District of Maryland

