IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | | |
|---|---|---|
| ANNA CRONIN | * | |
| | * | |
| v. | * | Civil No. JFM-01-2169 |
| | * | |
| WILLIAM HENDERSON | * | |
| | ***** | |

ORDER

For the reasons stated in the attachment memorandum, it is, this ___ day of September 2002 ORDERED that plaintiff's motion for relief from final judgment is denied.

J. Frederick Motz
United States District Judge

-4-